DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CHRISTOPHER D. VIEIRA (CABN 273781)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7301
    FAX: (415) 436-7027
    christopher.vieira@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 20-00402 JD |
| Plaintiff, | STIPULATION TO CONTINUE AND EXCLUDE TIME AND ORDER |
| v. | |
| MICHAEL ROSARIO MEW, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Michael Rosario Mew, that: (1) this matter should be continued from November 4, 2020 to March 3, 2021 for change of plea and sentencing; (2) U.S. Probation should be ordered to prepare a PSR in this matter; and (3) time be excluded under the Speedy Trial Act from November 4, 2020 through March 3, 2021.

The government and defense counsel met and conferred and agreed that time should be excluded under the Speedy Trial Act in light of the COVID-19 pandemic and so that defense counsel can continue to prepare. To avoid the spread of COVID-19, the state of California is currently ordered to shelter in place. A number of other states have also ordered people to stay at home. These realities hamper counsel's ability to meet with the defendant and necessitate that the Court and the parties limit in-person

STIPULATION TO EXCLUDE TIME AND  ORDER Case No. CR
20-00402 JD                                                                                                                           v. 7/10/2018

court appearances.  Continuing this case to allow for a combined change of plea and sentencing will help to protect the community from the further spread of COVID-19.  For these reasons, the parties stipulate and agree that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(iv), the ends of justice served by ordering a continuance in this case outweigh the interest of the public and the defendant's right to a speedy trial.

The undersigned Special Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: October 26, 2020

/s/
CHRISTOPHER VIEIRA
Special Assistant United States Attorney

DATED: October 26, 2020

/s/
SARA RIEF
Counsel for Defendant

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from November 4, 2020 through March 3, 2021 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from November 4, 2020 through March 3, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that: (1) this matter is continued from November 4, 2020 to March 3, 2021 for change of plea and sentencing; (2) U.S. Probation is ordered to prepare a PSR in this matter; and (3) the time from November 4, 2020 through March 3, 2021 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: 10/29/2020

_____
HON. JAMES DONATO
United States District Judge

STIPULATION TO EXCLUDE TIME AND ORDER Case No. CR 20-00402 JD

v. 7/10/2018